person to waive an exemption of real estate therein referred to by the execution of a mortgage in which his wife joins, as was done in the case at bar.

In accordance herewith, findings and decree may be prepared in the ordinary form, allowing plaintiff a foreclosure of her mortgage, with costs.    Ordered accordingly.

(20 Misc. Rep. 509.)

### BREWER et al. v. PRESS PUB. CO.

(Supreme Court, Special Term, New York County.    June, 1897.)

1. DEPOSITIONS—OBJECTIONS TO INTERROGATORIES.
    All objections to interrogatories to be annexed to a commission, except to the competency or credibility of the witness, or to the relevancy or competency of the questions (which, under Code Civ. Proc. § 911, may be taken on the trial), must be taken upon the settlement of the interrogatories.

2. ORDER—RESETTLEMENT.
    The proper form of an order resettling a former order stated.

Actions by William S. Brewer and the Union Associated Press against the Press Publishing Company.    Motion for resettlement of order.    Motion granted.

Benno Loewy, for the motion.
Bowers & Sands, opposed.

TRUAX, J.    Section 891 of the Code provides that, unless the interrogatories are settled by consent of the parties, they must be settled upon notice by a judge of the court, or in the supreme court, or by a judge of the county court of the county where the action is triable, as prescribed in the general rules of practice.    The general rules of practice contain no directions concerning the settlement of interrogatories, and for that reason they must be settled in accordance with the practice in force at the time the Code went into operation.    Judge Earl said in Uline v. Railroad Co., 79 N. Y. 179, that precisely what the powers of a judge in settling interrogatories to be annexed to a commission are, has not been much considered in reported cases.    Sections 887 to 913, inclusive, of the Code of Civil Procedure, are re-enactments of portions of the Revised Statutes.    Section 892 provides that either party must be allowed to insert in the commission any questions pertinent to the issue which he proposes; and section 911 provides that the deposition has the same effect, and no other, as the oral testimony of the witness would have, and an objection to the competency or credibility of the witness, or to the relevancy or substantial competency of a question put to him, or of an answer given by him, may be made as if the witness was then personally examined, and without being noted upon the deposition.    All other objections, except those above specified, should be taken at the time of the settlement of the interrogatories.    If the attorney for plaintiff wishes to take any other objections than those above mentioned, he may do so June 14th, at 10 a. m.    The order submitted to me on the resettlement is not an order resettling the order heretofore entered herein.    It is simply a new order, and, if I were to direct it to be entered, there would be two

orders settling interrogatories on file.   An order resettling an order
may be as follows, after the formal parts:

On reading and filing notice of motion to resettle the order entered herein
on the —— day of ——, and after hearing ——, of counsel for plaintiff,
in support of said motion to resettle said order, and ——, of counsel for defend-
ant, in opposition thereto; on motion of ——, attorney for plaintiff, it is or-
dered that the order entered herein on the —— day of ——, be and the same
hereby is amended so as to read as follows: [And here should follow the or-
der in full as resettled.]

Ordered accordingly.